IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR -2 2022

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22CR 20 |
| | § | Judge: Heartfield |
| CHASE LAWRENCE WERNER | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 18 U.S.C. § 922(a)(6) (False Statement to a Firearms Dealer)

On or about December 13, 2021, in the Eastern District of Texas, **Chase Lawrence Werner**, defendant, in connection with his attempted acquisition of a firearm from Walmart Number 1186, a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive Walmart Number 1186 as to a fact material to the lawfulness of the sale of the firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not subject to a court order restraining him from harassing, stalking, or threatening his child or intimate partner, when in fact, as the defendant then knew, he was subject to such and order, issued by the Court of Common Pleas in Guernsey, Ohio, on or about April 2, 2020.

All in violation of 18 U.S.C. Section 922(a)(6).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRITT FEATHERSTON
UNITED STATES ATTORNEY

_____          __3-2-2022__
Russell E. James                           Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | NO. 1:22CR 20 |
| CHASE LAWRENCE WERNER | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:         18 U.S.C. § 922(a)(6)

Penalty:           Imprisonment of not more than ten (10) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment:   $ 100.00