IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22-CR-20 |
| | § | Judge: Thad Heartfield |
| CHASE LAWRENCE WERNER | | |

## FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Chase Lawrence Werner** and the defendant's attorney, David Barlow, and in support of the indictment, would show the following:

1. That the defendant, **Chase Lawrence Werner** hereby stipulates and agrees to the truth of all matters set forth in this factual basis and agrees that such admission may be used by the Court in support of his plea of guilty to Count One of the Indictment, which charges a violation of 18 U.S.C. § 922(a)(6), False Statement to a Firearms Dealer.

2. That the defendant, **Chase Lawrence Werner** who is pleading guilty to such indictment, is one and the same person charged in the indictment.

3. That the events described in the indictment occurred in the Eastern District of Texas and elsewhere.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would

Notice of Penalty-Page 1

have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the indictment; specifically, the government would have proven the following stipulated facts:

On December 13, 2021, **Chase Lawrence Werner (Werner)** entered a Walmart located in Liberty, Texas (within the E.D. of Texas), and attempted to purchase a Savage Arms, Stevens, Model: 320, 12-gauge shotgun (firearm). As part of the standard process of purchasing that firearm **Werner** filled out a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 (4473). Question 21(h) of that 4473 asks the applicant "Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?" There are two boxes besides this question to check either "Yes," or "No." **Werner** checked "No" to that question. **Werner** signed the form in box 22. In checking "No," to question 21(h), **Werner** made a false written statement. **Werner** knew this statement was false because he had a protective order issued against him on April 2, 2020, from the Court of Common pleas in Guernsey County Ohio. That order was issued by a magistrate judge that restrained him from harassing, stalking or threating an intimate partner. **Werner** had an opportunity to appear at that hearing and received a copy of this order. This order expires on April 2, 2025. Moreover, on two occasions prior to December 13, 2021, Werner filled out 4473's and was denied the purchase of those firearms due

to him being the subject of an active protective order. Checking "No" to question 27(h) was intended or was likely to deceive the firearms dealer and was material to the sale of the firearm.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and the indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately describes the events and my acts.

Dated: 10-14-2022

_____
Chase Lawrence Werner
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and the indictment and have them with my client, **Chase Lawrence Werner.** Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and stipulation as well as the indictment and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: Oct. 26, 2022

_____
David Barlow
Attorney for the Defendant

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Russell E. James*
Russell E. James
Assistant U. S. Attorney
Eastern District of Texas
550 Fannin Street
Suite 1250
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 24071416
Russell.James@usdoj.gov